Counsel of Record:
George S. Canellos
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-1023 (Brown)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : No. 11 Civ. 8731 (PAC) |
| **MICHAEL R. BALBOA and GILLES T. DE CHARSONVILLE,** | : ECF CASE |
| Defendants. | : |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for plaintiff Securities and Exchange Commission. She is admitted to practice in this Court.

        Nancy A. Brown  
        U.S. Securities and Exchange Commission  
        3 World Financial Center, Suite 400  
        New York, New York 10281-1022  
        Ph:    212.336.1023  
        Fax:   212.336.1319  
        Email: brownn@sec.gov

Dated:    December 1, 2011  
            New York, New York

                                          By: _____  
                                               Nancy A. Brown

                                               Securities and Exchange Commission  
                                               Northeast Regional Office  
                                               3 World Financial Center, Suite 400  
                                               New York, NY 10281-1022  
                                               Ph: (212) 336-1023  
                                               Fax: (212) 336-1319  
                                               Email: brownn@sec.gov

                                               Attorney for Plaintiff