AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:11-cv-08731 (PAC) |
| Michael Balboa and Gilles T. De Charsonville ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gilles T. De Charsonville .

Date: 12/22/2011

/s/ Scott S. Balber
*Attorney's signature*

Scott S. Balber, 2672533
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112

*Address*

sbalber@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*