AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:11-cv-08731 (PAC) |
| Michael Balboa and Gilles T. De Charsonville ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gilles T. De Charsonville                                                                                                     .

Date:   12/22/2011

/s/ Emily Abrahams
*Attorney's signature*

Emily Abrahams, 4386892
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112

*Address*

eabrahams@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*