UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 DEC 2011

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

      -against-

MICHAEL R. BALBOA and
GILLES T. DE CHARSONVILLE,

                        Defendants.

11 Civ. 8731 (PAC)
STIPULATION REGARDING
TIME TO RESPOND TO
COMPLAINT

WHEREAS, plaintiff Securities and Exchange Commission ("Plaintiff") commenced this action by filing a complaint on December 1, 2011 (the "Complaint");

WHEREAS, on December 21, 2011, counsel for defendant Gilles de Charsonville ("Charsonville") agreed to accept service of the Complaint on behalf of Charsonville;

WHEREAS, counsel for Plaintiff and Charsonville have agreed to a date by which Charsonville must may move, answer, or otherwise respond to the Complaint; and

WHEREAS, no prior requests regarding Charsonville's time to move, answer or otherwise respond to the Complaint have been made:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for defendant Charsonville below, that the time by which Defendant Charsonville may move, answer, or otherwise respond to the Complaint shall be up to, and including, January 23, 2012. Defendant Charsonville reserves all rights and defenses he may have in this action, and entry into this stipulation shall not impair or otherwise affect any such rights, objections and defenses.

CPAM: 4386094.2

Dated: New York, New York
December 23, 2011

CHADBOURNE & PARKE LLP

By _____
Scott S. Balber
A Member of the Firm
Attorneys for Gilles de Charsonville
30 Rockefeller Plaza
New York, New York 10112
(212) 408 5466
sbalber@chadbourne.com

SECURITIES & EXCHANGE COMMISSION

By _____
George S. Canellos
Nancy A. Brown
Attorneys for Plaintiff
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281
(212) 336-1023 (Brown)
brownn@sec.gov

2 9 DEC 2011

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT COURT JUDGE

2

CPAM 4386094 2