Counsel of Record:
George S. Canellos
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-1023 (Brown)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

**SECURITIES AND EXCHANGE COMMISSION,**

       **Plaintiff,**

  v.

**MICHAEL R. BALBOA and**
**GILLES T. DE CHARSONVILLE,**

       **Defendants.**

No. 11 Civ. 8731 (PAC)

ECF CASE

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

 Please take notice that the following attorney has entered his appearance as counsel in this case for plaintiff Securities and Exchange Commission. He is admitted to practice in this Court.

William T. Conway III
U.S. Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, New York 10281-1022
Ph:     212.336.0956
Fax:    212.336.1320
Email: conwayw@sec.gov


Dated:   December 2, 2011
         New York, New York

By: /s/ William T. Conway III
    William T. Conway III

Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022
Ph: (212) 336-0956
Fax: (212) 336-1320
Email: conwayw@sec.gov

Attorney for Plaintiff