Cortn, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,

                    -against-

MICHAEL R. BALBOA and
GILLES T. DE CHARSONVILLE,

                                    Defendants.

---

11 Civ. 8731 (PAC)

**STIPULATION AND
[PROPOSED] ORDER
REGARDING TIME TO
RESPOND TO COMPLAINT**

WHEREAS, plaintiff Securities and Exchange Commission ("Plaintiff") commenced this action by filing a complaint on December 1, 2011 (the "Complaint");

WHEREAS, on December 21, 2011, counsel for defendant Gilles de Charsonville ("Charsonville") agreed to accept service of the Complaint on behalf of Charsonville;

WHEREAS, on December 23, 2011, counsel for Plaintiff and Charsonville entered into a stipulation by which they agreed that Charsonville's time to move, answer or otherwise respond to the Complaint would be adjourned until January 23, 2012, which stipulation was "so ordered" by the Court on December 29, 2011;

WHEREAS, counsel for Plaintiff and Charsonville have agreed to adjourn Charsonville's time to move, answer or otherwise respond to the Complaint until February 23, 2012:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for Defendant Charsonville below, that the time by which Defendant Charsonville may move, answer, or otherwise respond to the Complaint shall be up to, and including, February 23, 2012. Defendant Charsonville reserves all rights and

CPAM: 4386094.2

Case 1:11-cv-08731-PAC   Document 9   Filed 01/20/12   Page 2 of 2

defenses he may have in this action, and entry into this stipulation shall not impair or otherwise

affect any such rights, objections and defenses.

Dated: New York, New York
     January 19, 2011

CHADBOURNE & PARKE LLP

By _____

Scott S. Balber
A Member of the Firm
Attorneys for Gilles de Charsonville
30 Rockefeller Plaza
New York, New York 10112
(212) 408 5466
sbalber@chadbourne.com

SECURITIES & EXCHANGE COMMISSION

By _____
George S. Canellos
Nancy A. Brown
Attorneys for Plaintiff
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281
(212) 336-1023 (Brown)
brownn@sec.gov

SO ORDERED: 1-20-12

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT COURT JUDGE

2

CPAM: 4386094.2