Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-17-12
```

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

    -against-

MICHAEL R. BALBOA and
GILLES T. DE CHARSONVILLE,

                    Defendants.

11 Civ. 8731 (PAC)

STIPULATION AND
~~PROPOSED~~ ORDER
REGARDING TIME TO
RESPOND TO COMPLAINT

        WHEREAS, plaintiff Securities and Exchange Commission ("Plaintiff") commenced this action by filing a complaint on December 1, 2011 (the "Complaint");

        WHEREAS, on December 21, 2011, counsel for defendant Gilles de Charsonville ("Charsonville") accepted service of the Complaint on behalf of Charsonville;

        WHEREAS, on December 23, 2011, counsel for Plaintiff and Charsonville entered into a stipulation by which they agreed that Charsonville's time to move, answer or otherwise respond to the Complaint would be adjourned until January 23, 2012, which stipulation was "so ordered" by the Court on December 29, 2011;

        WHEREAS, on January 19, 2012, counsel for Plaintiff and Charsonville entered into a stipulation by which they agreed that Charsonville's time to move, answer or otherwise respond to the Complaint would be adjourned until February 23, 2012, which stipulation was "so ordered" by the Court on January 20, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for defendant Charsonville below, that the time by which Defendant Charsonville may move, answer, or otherwise respond to the Complaint shall be up to, and including, March 15, 2012. Defendant Charsonville reserves all rights and defenses he may have in this action, and entry into this stipulation shall not impair or otherwise affect any such rights, objections and defenses.

Dated: New York, New York
February 14, 2012

CHADBOURNE & PARKE LLP

By _____
Scott S. Balber
A Member of the Firm
Attorneys for Gilles de Charsonville
30 Rockefeller Plaza
New York, New York 10112
(212) 408 5466
sbalber@chadbourne.com

SECURITIES & EXCHANGE COMMISSION

By _____
George S. Canellos
Nancy A. Brown
Attorneys for Plaintiff
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281
(212) 336-1023 (Brown)
brown@sec.gov

2-17-12

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE