UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,                      **NOTICE OF MOTION**

                    – against –                    **Civil Action No.: 11-CIV-8731**

MICHAEL R. BALBOA and GILLES
T. DE CHARSONVILLE,
                      Defendants.
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the pleadings in this action, all prior proceedings held herein and the accompanying Affidavit of Joseph Tacopina and Memorandum of Law, defendant Michael Balboa ("Defendant"), by and through his attorneys, hereby moves this Court at a motion term to be held before the Honorable Paul A. Crotty, United States District Judge, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, staying this civil Securities and Exchange Commission action pending the resolution of the criminal proceeding against the Defendant, as well as for such other and further relief as this Court may deem just and proper.

Dated: February 22, 2012
       New York, New York

                                           _____
                                           JOSEPH TACOPINA, ESQ.
                                           Law Offices of Tacopina Seigel & Turano, P.C.
                                           *Attorneys for Defendant Michael Balboa*
                                           275 Madison Avenue, 35th Floor
                                           New York, New York 10016
                                           Phone: (212) 227-8877
                                           Facsimile: (212) 619-1028

TO:

    Honorable Paul A. Crotty
    United States District Judge
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

    Nancy A. Brown, Esq.
    Securities and Exchange Commission
    New York Regional Office
    3 World Financial Center, Suite 400
    New York, NY 10281
    *Attorney for Plaintiff*