UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-12
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

MICHAEL R. BALBOA and
GILLES T DE CHARSONVILLE,

                Defendants

11 Civ. 8731 (PAC)

STIPULATION AND
[PROPOSED] ORDER on Stay.

WHEREAS, in furtherance of judicial economy, in recognition of the Defendants' constitutional rights, and to avoid potential unnecessary expense, the undersigned counsel for and on behalf of the Defendants Michael R. Balboa and Gilles T de Charsonville ("Defendants") wish to stay all proceedings in the above-captioned matter, pending resolution of a parallel criminal proceeding, entitled United States v. Michael Balboa, Indictment no. 12-CR-196 (PAC) (the "Parallel Criminal Proceeding"), and

WHEREAS, the Plaintiff Securities and Exchange Commission ("Plaintiff") does not object to the entry of a stay of these proceedings as specified herein,

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants as follows:

1    All proceedings in the above-captioned action are hereby stayed pending resolution of the Parallel Criminal Proceeding.

2    This stay shall not alter the substantive and other procedural rights of the parties, and such rights are not waived and are expressly reserved

3. The Defendants are not required to file any response to the complaint in this action until sixty (60) days after judgment is entered in the Parallel Criminal Proceeding.

4. The Clerk of Court shall terminate #13 and stay this action.

Dated: New York, New York
March 5, 2012

CHADBOURNE & PARKE LLP

By _____
Scott S. Balber
A Member of the Firm
Attorneys for Gilles de Charsonville
30 Rockefeller Plaza
New York, New York 10112
(212) 408 5466
sbalber@chadbourne.com

SECURITIES & EXCHANGE COMMISSION

By _____
George S. Canellos
Nancy A. Brown
Attorneys for Plaintiff
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281
(212) 336-1023 (Brown)
brownn@sec.gov

LAW OFFICES OF TACOPINA SEIGEL & TURANO, P.C.

By _____
Joseph Tacopina
Attorneys for Defendant Michael R. Balboa
275 Madison Avenue, 35th Floor
New York, New York 10016
Tel (212) 227-8877

SO ORDERED: 3-6-12

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE