UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
SECURITIES AND EXCHANGE                              Case No.  11-cv-8731
COMMISSION,                          Plaintiff,

        -against-

MICHAEL R. BALBOA,                   Defendant.
------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]     I have cases pending                        [ ]     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Emily Abrahams**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EA1996 _____   My State Bar Number is  4386892 _____

I am,
[✓]     An attorney
[ ]     A Government Agency attorney
[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Chadbourne & Parke LLP _____
             FIRM ADDRESS:  30 Rockefeller Plaza, New York, NY 10112 ____
             FIRM TELEPHONE NUMBER:  212-408-5100 _____
             FIRM FAX NUMBER:  212-541-5369 _____

NEW FIRM:    FIRM NAME:  Cooley LLP _____
             FIRM ADDRESS:  1114 Avenue of the Americas,  New York NY 10036
             FIRM TELEPHONE NUMBER:  212-479-6000 _____
             FIRM FAX NUMBER:  212-479-6275 _____

[✓]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: October 22, 2012

                                    ATTORNEY'S SIGNATURE